James Lamar FRASIER,
Plaintiff-Appellant,

v.

CAROLINA CENTER FOR OC-
CUPATIONAL HEALTH,
Defendant-Appellee,

and

County of Charleston; Charleston Coun-
ty Sheriff's Office; Al Cannon, Jr., in
his official capacity as Sheriff of
Charleston County; Charleston Coun-
ty Detention Center; Mitch Lucas, in
his official capacity as Administrator
of the Charleston County Detention
Center; Corizon Health, Incorporated,
f/k/a Prison Health Services, Incorpo-
rated; John Doe 1; John Doe 2; John
Doe 3; John Doe 4; John Doe 5, Defen-
dants.

No. 16-1114

United States Court of Appeals,
Fourth Circuit.

Submitted: January 19, 2017

Decided: February 24, 2017

Brian C. Duffy, Thomas A. Limehouse,
Jr., DUFFY & YOUNG, LLC, Charleston,
South Carolina, for Appellant. Stephen L.
Brown, Russell G. Hines, YOUNG CLEM-
ENT RIVERS, LLP, Charleston, South
Carolina, for Appellee.

Before THACKER and HARRIS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James Lamar Frasier appeals the dis-
trict court's order denying his renewed
motion for judgment as a matter of law
and motion for a new trial, following the
jury verdict in favor of Carolina Center for
Occupational Health, LLC, in Frasier's
medical malpractice action. We have re-
viewed the parties' briefs and the record
on appeal and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. Frasier v.
Carolina Center for Occupational Health
LLC, No. 4:11-cv-03431-DCN, 2016 WL
53831 (D.S.C. Jan. 4, 2016). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

AFFIRMED